387 A.2d 917

Commonwealth v. Biancone, Appellant.

Argued December 7, 1977. Lee Mandell, for appellant; Charles A. Haddad, Special Assistant Attorney General, for Commonwealth, appellee.

Judgment of sentence affirmed.

387 A.2d 917

Commonwealth v. Bullard, Appellant.

Argued September 20, 1977. Howard V. Zavodnick, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.